# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

UNITED STATES OF AMERICA,  )  **COURT MINUTES - CRIMINAL**
)
            Plaintiff,  )
)  Case No:              16-cr-0084
)  Date:                 September 23, 2016
v.  )  Court Reporter:       Lori Simpson
)  Courthouse:           St. Paul
Robert E. Fackler (1),  )  Courtroom:            3B
)  Time Commenced:       12:03
            Defendant.  )  Time Concluded:       1:01
                 Sealed Hearing Time:  N/A
                 Time in Court:        58 Minutes

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Wilhelmina M. Wright, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
    For Plaintiff:      Timothy Rank
    For Defendant:      Thomas Brever      ☐ FPD   ☐ CJA   √Retained   ☐ Appointed
    Interpreter/Language: [Interpreter] / [Language]
    ☐ Appointment of Counsel requested - ☐ granted   ☐ denied.
    ☐ Appointed

PROCEEDINGS:
    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    √ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of [w/d plea of ] as to Count(s):

    √ PLEA:
        √ Guilty as to Count(s): 6
        ☐ "Nolo Contendere" as to Count(s): [Nolo Contendere to Counts]
        ☐ Defendant admits allegations in the Information.

    √   Presentence Investigation and Report requested.
    √   Bond continued.
    √   Sentencing will be scheduled at a future time before Judge Wilhelmina M. Wright.
    ☐   Defendant remanded to the custody of the U.S. Marshal.

                                                                                 s/Terianne Bender
                                                                                 Courtroom Deputy